

# NUMBER 13-15-00030-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SELVINO PADILLA JR.**
**AND JEFFREY M. STERN,**                                          **Appellants,**

**v.**

**ALEX AZOCA,**                                                    **Appellee.**

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justice Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Appellants, Selvino Padilla Jr. and Jeffrey M. Stern, perfected an appeal from a judgment entered by the 430th District Court of Hidalgo County, Texas, in cause number C-2332-13-J. Appellants have filed a motion to dismiss the appeal on grounds that appellants no longer wish to pursue this appeal. Appellants request that this Court

dismiss the appeal. The certificate of conference reflects that appellants have been unsuccessful in attempts to contact appellee.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of April, 2015.